IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCI BOYKIN, | No. C-08-4870 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| UNITED PARCEL SERVICE INC., | |
| Defendant / | |

On November 10, 2008, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit, no later than December 5, 2008, a chambers copy of the Notice of Removal and the Declaration of Michael F. Pfyl in support thereof.

**IT IS SO ORDERED.**

Dated: November 24, 2008

MAXINE M. CHESNEY
United States District Judge