IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHAUNCI BOYKIN,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant

No. C 08-4870 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

    Before the Court is plaintiff's "Request for Assignment of Discovery Magistrate and Decision on Shortened Time for Plaintiff's Motion for Protective Order Re Plaintiff's Deposition," filed January 16, 2009, and plaintiff's "Motion for Protective Order Re Plaintiff's Deposition," filed January 16, 2009.

    Pursuant to Civil Local Rule 72-1, plaintiff's motion for a protective order and request to have said motion heard on shortened time, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: January 21, 2009

                                                 MAXINE M. CHESNEY
                                                 United States District Judge