1  KATHRYN BURKETT DICKSON (SB# 70636)
   kbdickson@dicksonross.com
2  Dickson – Ross LLP
   1970 Broadway, Suite 1045
3  Oakland, CA 94612
   Telephone: (510) 268-1999
4  Facsimile: (510) 268-3627

5  Attorneys for Plaintiff
   CHAUNCI M. BOYKIN
6

7  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
8  MICHAEL M. PFYL (SB# 240925)
   michaelpfyl@paulhastings.com
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
10 Twenty-Fourth Floor
   San Francisco, CA 94105-3441
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12
   Attorneys for Defendant
13 UNITED PARCEL SERVICE, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            SAN FRANCISCO DIVISION

18

19 | CHAUNCI BOYKIN,                          | Case No. C-08-04870 MMC (EMC)
20 |         Plaintiff,                        |
21 |    vs.                                    | **JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO QUASH SUBPOENA FOR MEDICAL RECORDS AND [P~~ROPOS~~ED] ORDER**
22 | UNITED PARCEL SERVICE, INC.; and          |
23 | DOES I – X, inclusive,                    |
24 |         Defendants.                       |

25

26

27

28

Case No. C-08-04870 MMC (EMC)                                          JOINT STIPULATION

On January 21, 2009, Plaintiff filed a Motion to Quash Or Motion For Protective Order Narrowing Subpoena for Medical Records ("Motion to Quash"), challenging the validity of a subpoena for medical records that Defendant served on Kaiser on January 16, 2009.  Also on January 21, 2009, Plaintiff filed a Motion To Shorten Time To Hear Plaintiff's Motion To Quash Or Motion For Protective Order Narrowing Subpoena For Medical Records ("Motion to Shorten Time") requesting that the Court hear the Motion to Quash on January 30, 2009.

After meeting and conferring on January 22, 2009, Plaintiff agrees to withdraw the Motion to Shorten Time and, pursuant to Local Rule 6-2, the parties stipulate to the following shortened time schedule for Plaintiff's Motion to Quash:

Plaintiff's Motion filed:  January 21, 2009

Defendant's Opposition filing deadline:  February 4, 2009

Plaintiff's Reply filing deadline:  February 11, 2009

Hearing:  February 18, 2009.

Additionally, Defendant agrees to (1) prepare a letter to Kaiser instructing it not to comply with the subpoena for medical records while Plaintiff's motion is pending before the Court; (2) allow Plaintiff's counsel to review the letter before sending it to Kaiser; and (3) send the letter to Kaiser on or before January 26, 2009.  Defense counsel represents that he has already called Kaiser records department to inform them that the subpoena is on hold until a Court decision.

DATED:  January 22, 2009

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
MICHAEL M. PFYL

By: /s/  *Michael M. Pfyl*
       MICHAEL M. PFYL

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED:  January 22, 2009

DICKSON – ROSS LLP

By: /s/  *Kathryn Burkett Dickson*
       KATHRYN BURKETT DICKSON

Attorneys for Plaintiff
CHAUNCI M. BOYKIN

Case No. C-08-04870 MMC (EMC)                                                                                      JOINT STIPULATION

**[PR~~OPOS~~ED] ORDER**

The Court has reviewed the stipulation of the parties and IT IS HEREBY ORDERED that the following shortened briefing schedule will apply to Plaintiff's Motion to Quash:

    Plaintiff's Motion filed: January 21, 2009

    Defendant's Opposition filing deadline: February 4, 2009

    Plaintiff's Reply filing deadline: February 11, 2009

    Hearing: __10:30__ _a_.m. February 18, 2009.

IT IS SO ORDERED

DATED: __January 23__, 2009

_____
EDWARD M. CHEN
UNITED STATES DISTRICT MAGISTRATE JUDGE