KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:	(510) 268-1999
Facsimile:	(510) 268-3627
E-mail:	kbdickson@dicksonross.com

Attorneys for Plaintiff
CHAUNCI M. BOYKIN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAUNCI BOYKIN,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES I - X,<br><br>       Defendants. | Case No.  08-cv-04870-MMC (EMC)<br><br>**STIPULATED REQUEST TO CONTINUE CMC AND [~~PROPOSED~~] ORDER**<br><br>Date:     February 20, 2009<br>Time:    10:30 a.m.<br>Court:   Ctrm. 7, 19th Fl. (J. Chesney) |

The parties to this action, Chaunci Boykin and United Parcel Service, stipulate as follows:

1.	The first case management conference in this action is scheduled for Friday, February 20, 2009 at 10:30 a.m.  There have been no prior continuances of the CMC.

2.	Counsel for Plaintiff, Kathryn Burkett Dickson, the only attorney representing the Plaintiff in this action has a conflict in that she is scheduled for a final pre-trial conference in another case (*Durazo v. State of California*) that same morning, Friday February 20th, in Contra Costa County Superior Court.  Ms. Dickson is the only attorney representing the plaintiff in that action as well.

3.	The parties have conferred and are both available for the CMC in this Court the

---

Stipulated Request to Continue CMC and [Proposed] Order
*Boykin v. United Parcel Service, Case No. 08-cv-04870-MMC(EMC)*                              1

1 | following Friday, February 27, 2009 at 10:30 a.m.

2 |     4.    Plaintiff therefore requests a continuance of the CMC for one week, to Friday February 27, 2009 at 10:30 a.m.  Defendant does not object to this continuance.

    5.    The parties have completed their initial disclosures and have already filed a joint case management conference statement.

**DICKSON - ROSS LLP**

Dated: February 12, 2009    By:  /s/ *Kathryn Burkett Dickson*
                                  KATHRYN BURKETT DICKSON
                                  Attorneys for Plaintiff
                                  CHAUNCI M. BOYKIN

Dated: February 12, 2009    ***PAUL HASTINGS JANOFSKY & WALKER***

                          By:  /s/ *Michael M. Pfyl*
                                  MICHAEL M. PFYL
                                  Attorneys for Defendant
                                  UNITED PARCEL SERVICE

**ORDER**

The case management conference in this matter currently scheduled for February 20, 2009, is continued to ~~February 27~~ March 13, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

**Dated:** February 18, 2009                    /s/ Maxine M. Chesney
                                                Maxine M. Chesney
                                            UNITED STATES DISTRICT JUDGE