DICKSON – ROSS LLP
KATHRYN BURKETT DICKSON (SB#70636)
kbdickson@dicksonross.com
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627

Attorneys for Plaintiff
CHAUNCI BOYKIN

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE (SB# 167325)
jeffgrube@paulhastings.com
JOHN C. POST (SB# 233236)
johnpost@paulhastings.com
JENNIFER OH (SB# 260370)
jenniferoh@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:    (415) 856-7000
Facsimile:     (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAUNCI BOYKIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOES I – X, inclusive,<br><br>　　　　　Defendants. | CASE NO. C08-04870 MMC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

CASE NO. C08-04870 MMC

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Chaunci Boykin and
2 | Defendant United Parcel Service, Inc., stipulate to voluntarily dismiss with prejudice the above-
3 | captioned action pursuant to the terms of the parties' settlement agreement and with each party to
4 | bear its own costs and attorneys' fees.
5 |     IT IS SO STIPULATED.

7 | DATED: June 29, 2009

    /s/ Kathyrn Burkett Dickson
Kathryn Burkett Dickson
DICKSON – ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627

Counsel for Plaintiff
CHAUNCI BOYKIN

13 | DATED: July 6, 2009

    /s/ Jennifer Oh
Jennifer Oh
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

Counsel for Defendant
UNITED PARCEL SERVICE, INC.

CASE NO. C08-04870 MMC      JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

## [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own costs and attorneys' fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __July 7__, 2009        _____

HON. MAXINE M. CHESNEY

Judge, United States District Court

LEGAL_US_W # 62071807